UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY NELL WYATT, et al.

PLAINTIFFS,

v.

THE SYRIAN ARAB REPUBLIC and
THE KURDISTAN WORKERS PARTY

DEFENDANTS

MOTION TO WAIVE LCvR 5.1(e)(1)

Now come the Plaintiffs and hereby move for an order waiving LCvR 5.1(e)(1). Plaintiffs' motion is supported by the attached memorandum and order. Plaintiffs are enclosing a sealed envelope attached herewith with their addresses.

Plaintiffs,
by their Attorneys,

_____
David J. Strachman
DC District Court Bar # D00210
McIntyre, Tate & Lynch, LLP
321 South Main Street, Suite 400
Providence, RI 02903 -7108
(401) 351-7700 tel.
(401) 331-6095 fax
djs@mtlhlaw.com