UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARY NELL WYATT, et al.

PLAINTIFFS,

v.

THE SYRIAN ARAB REPUBLIC and
THE KURDISTAN WORKERS PARTY

DEFENDANTS,

08 0502

ORDER

Plaintiffs' Motion to Waive the requirements of LCvR 5.1(e)(1) is hereby granted.

SO ORDERED this ___24th___ day of __March__, 2008, *subject to further order of the Court.*

_____
UNITED STATES DISTRICT JUDGE