UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY NELL WYATT, et al.

v.                                      Civil Action No. 08-00502(RMU)

SYRIAN ARAB REPUBLIC, et al.

CONSENT MOTION REGARDING FURTHER BRIEFING SCHEDULE

1. The parties have agreed to the following modifications of the briefing schedule for defendants motion to dismiss the complaint, subject to the Court's approval.

2. Defendant will file its Rule 12(b) motion for dismissal of the complaiant no later than November 24, 2009..

3. Within 60 days after defendants' file their response to the complaint, the plaintiffs shall file their opposition brief.

4. Twenty days after the filing of plaintiffs' opposition, defendants shall file their reply brief.

5. The parties respectfully request that the Court approve and "so order" this modified briefing schedule.

Dated: November  12, 2009                Respectfully submitted,

For plaintiffs,                          For defendants,

/s/ David J. Strachman                   /s/ Ramsey Clark
David J. Strachman                       Ramsey Clark Bar DC #73833
McIntyre, Tate & Lynch LLP               Lawrence W. Schilling
321 South Main St., Ste. 400             37 West 12 Street
Providence, RI 02903                     New York, NY  10011
(401) 351-7700                           (212) 989-6613
fax (401) 331-6095                       (fax) (212) 979-1583
djs@mtlesq.com                           lwschilling@earthlink.net

   SO ORDERED.
            Date:  November        , 2009

                 _____
                 Ricardo M. Urbina  USDJ
                 United States District Judge