UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------x

MARY NELL WYATT, et al

    Plaintiffs

      v.

SYRIAN ARAB REPUBLIC,

    Defendant

Chief Judge Royce C. Lamberth

01cv1628(RCL)

---------------------------------------------------x

MARY NELL WYATT, et al

    Plaintiffs

      v.

SYRIAN ARAB REPUBLIC,

    Defendant

08cv502(RCL)

---------------------------------------------------x

## Defendant's motion for order allowing counsel to attend status conference on May 16, 2012 by telephone

    Defendant, Syrian Arab Republic, by counsel, respectfully moves for an order allowing defendant's counsel, Ramsey Clark, to participate in the status conference scheduled for May 16, 2012 by telephone for reasons of health and in support of the motion states as follows:

    1. On May 4, 2012 Ramsey Clark underwent outpatient surgery to remove

metal from his ankle that had been implanted years ago to fix an injury to the ankle.

2.  The operation appears to have been successful and Mr. Clark is recovering at home in New York City.  His ankle is being treated four times daily by ice and compression.

3.  Mr. Clark received notice of the status conference scheduled for May 16, 2012  in Washington, D.C. on May 2, 2012.

4.   After the surgery on May 4, 2012, Mr. Clark was initially hopeful he might be well enough to attend the status conference in person but his doctor made clear when she saw Mr. Clark  on Monday, May 7, that Mr. Clark will not be allowed to resume walking any distance or undertaking a trip to a place as distant as Washington, D.C. for several weeks.  Mr. Clark is next scheduled to see  his doctor on Monday, May 14, 2012.

5.  When asked, David Strachman, plaintiffs' counsel, stated that he could not agree to a continuation of the date for the status conference but that he has no objection to Mr. Clark's participation by telephone on May 16, 2012.   This motion follows.

Dated: May 9, 2012                                          s/
           New York, N.Y.                          Ramsey Clark Bar No. 73833
                                                   Lawrence W. Schilling
                                                   37 W. 12th Street
                                                   New York, N.Y. 10011
                                                   212-989-6613; fax 212-97y9-1583
                                                   lwschilling@earthlink.net
                                                   Attorneys for the Syrian Arab Republic