UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------------X

MARY NELL WYATT, individually and as executrix
of the Estate of Ronald E. Wyatt, *et al.*,

Plaintiffs,

Docket №: 08-cv-00502 (RCL)

-against-

SYRIAN ARAB REPUBLIC, *et al*,

Defendants.

-----------------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, that I am the attorney of record for the plaintiffs in the above-entitled case; that the defendants the Syrian Arab Republic was served with process pursuant to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608, on September 7, 2009. *See* dkt. # 12.

The authority for obtaining personal jurisdiction over said defendant served outside the District of Columbia is the FSIA, 28 U.S.C. § 1602 *et seq.* I further certify under penalty of perjury that said defendants filed a motion to dismiss that was denied on September 8, 2010 (dkt. ## 20, 21), that after denial of their motion to dismiss said defendant failed to file or serve an answer, that said defendant's time to file and serve an answer under FED. R. CIV. P. 12(a)(4)(A) has expired, that no extension to file and serve an answer has been granted to said defendants and that none of said defendants is an infant or an incompetent person.

The Clerk is requested to enter a Default against said defendants.

Dated: Brooklyn, New York
July 8, 2012

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiff*

by: _____
Robert J. Tolchin,
Bar # NY 00088

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

## CERTIFICATE OF SERVICE

I hereby certify that upon e-filing of this document via the Court's ECF system, I expect this document to be served electronically on all counsel of record herein.

_____
Robert J. Tolchin