UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARY NELL WYATT,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-502 (RCL) |
| ) | |
| **SYRIAN ARAB REPUBLIC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

In April 2013, plaintiffs filed a Motion [52] for Entry of an Order Pursuant to 28 U.S.C. § 1610(c). This Court entered a June 2013 Order [55] denying that motion without prejudice to reconsideration after appeal. Now that the Court of Appeals has issued a mandate [56] affirming the judgment, the Court considers plaintiffs' renewed motion [59] and the exhibits attached thereto.

It is hereby ORDERED that the motion granted. The Court finds, pursuant to 28 U.S.C. § 1610(c), that a reasonable period of time has elapsed since this Court's entry of judgment and the defendant's receipt of notice of that judgment. The plaintiffs may proceed with their judgment enforcement efforts, particularly including the attachment and execution of assets that may be used in satisfaction of this Court's December 17, 2012 judgment.

**IT IS SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on May 19, 2014.