UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY NELL WYATT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYRIAN ARAB REPUBLIC, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil No. 08-502 (RCL) |

## ORDER

A number of filings in this case related to plaintiffs' motion for condemnation and recovery [ECF No. 63], including the Court's Memorandum and Order denying that motion, are currently under seal pursuant to a protective order signed April 4, 2013. ECF No. 51. That protective order was entered on the motion of the United States. ECF No. 41. The United States has since stated on the record that it has no objection to unsealing all of these documents. ECF No. 109. No other party has expressed any interest in a continued seal on these documents. Therefore, it is hereby

**ORDERED** that the following filings and orders shall be unsealed and placed on the public docket: ECF Nos. 63, 65, 66, 73, 96, 99, 100, 103, 104, 105, 107, 108, and 109; and it is further

**ORDERED** that these filings and orders shall have their seal markings erased or struck through; and it is further

**ORDERED** that the Clerk of the Court shall publish the Court's Memorandum and Order signed March 17, 2015 [ECF No. 108].

It is **SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on April 8, 2015.