UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARY NELL WYATT, et al.**

       **v.**　　　　　　　　　　　　　　　　　　　　　　　　　　**08-00502  (RMU)**

**SYRIAN ARAB REPUBLIC, et al.**

### RESPONSE AND REQUEST FOR RULE 16 CONFERENCE

Recently Robert Tolchin requested relief with respect to a dispute between counsel over fees incurred in this case and a related action, *Wyatt v. Syrian Arab Republic,* 01-cv-1628. He seeks to use this Court to impose unilateral, pre-arbitration/litigation discovery on former counsel.

This private fee dispute does not impact Plaintiffs as Tolchin has represented that they previously received their distribution from the United States Victims of State Sponsored Terrorism Fund and that he currently only possesses the twenty-five percent statutory legal fee set aside.

Tolchin has not asserted a basis for invoking the jurisdiction and authority of this Court with respect to a private fee dispute among counsel.

Nonetheless, earlier today we forwarded to him our time records, an itemization and documentation of expenses (as available for this over decade and a half year old litigation) and a proposal for resolution of this matter.

Accordingly, should the Court see itself having a role in this dispute between counsel, we

respectfully request a conference about whether it will take up Tolchin's request. Counsel respectfully suggests that this matter can be resolved expeditiously with a telephone conference at the Court's convenience.

/s/ David J. Strachman
David J. Strachman
McIntyre Tate LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700/ext. 244
(401) 331-6095/fax
djs@mtlesq.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated: June 30, 2017                    /s/ David J. Strachman