**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------------X

MARY NELL WYATT, *et al.*,

               Plaintiffs,               Docket No: 08-cv-502 (RCL)

       -against-

SYRIAN ARAB REPUBLIC, *et al.*,

               Defendants.

---------------------------------------------------------------------X

## REPLY ON MOTION BY PLAINTIFFS TO REQUIRE PLAINTIFFS' FORMER COUNSEL TO PROVIDE INFORMATION NECESSARY TO DETERMINE DISTRIBUTION OF ATTORNEYS FEES AND DISBURSEMENTS

    On Friday June 30, 2017 Mr. Strachman provided his time sheets, expenses, and retainer agreement. This motion is therefore moot. A proposal to resolve the fee issue has been sent to Mr. Strachman and hopefully the matter will be resolved. If it is not, the undersigned will make the appropriate application. No further relief is required at this time.

Dated:   Brooklyn, New York
          July 6, 2017

                                          Respectfully submitted,

                                          THE BERKMAN LAW OFFICE, LLC
                                          *Attorneys for the Plaintiffs*

                                          by:   _____
                                                Robert J. Tolchin

                                          111 Livingston Street, Suite 1928
                                          Brooklyn, New York 11201
                                          718-855-3627

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:   Brooklyn, New York
         July 6, 2017

_____
Robert J. Tolchin