# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

MARY NELL WYATT, *et al.*,

              Plaintiffs,              Docket No: 08-cv-502 (RCL)

      -against-

SYRIAN ARAB REPUBLIC, *et al.*,

              Defendants.

---------------------------------------------------------------------X

## **NOTICE OF CHARGING LIEN OF PLAINTIFFS' COUNSEL**

TO THE PLAINTIFFS, THEIR ATTORNEYS OF RECORD, ALL OTHER PARTIES AND THEIR ATTORNEYS, AND TO ANYONE WHO IS SERVED WITH A COPY OF THIS NOTICE:

     PLEASE TAKE NOTICE that The Berkman Law Office, LLC and Israeli attorney Nitsana Darshan-Leitner assert an attorney charging lien under the laws of this forum in and to the proceeds of any and all collection, recovery, judgment, claim, collateral undertaking, or distribution, including without limitation any distribution made by the United States Victims of State Sponsored Terrorism Fund ("USVSST Fund"), to be received by the Plaintiffs, either in whole or in part, now or in the future, for the purposes of securing the fee claim of one-third of the gross proceeds, or in the case of a distribution from the USVSST Fund 25% of the gross proceeds, guaranteed under the certain written contract dated December 21, 2015 by and between The Berkman Law Office LLC and the Law Office of Nitsana Darshan-Leitner, on the one hand, and each of the Plaintiffs, on the other hand.

-2-

Such lien attaches under this jurisdiction's rule that a charging lien arises when "there exist[s] between the client and his attorney an agreement from which the conclusion may reasonably be reached that they contracted with the understanding that the attorney's charges were to be paid out of the judgment recovered." *Wolf v. Sherman*, 682 A.2d 194, 197 (D.C. 1996), citing *Elam v. Monarch,* 598 A.2d 1167, 1169 (D.C. 1991).

PLEASE TAKE FURTHER NOTICE that any and all collection recovery, distribution, funds on hand, cash on hand, or any recovery due the Plaintiffs, or any one of them, are subject to and are hereby impressed by this charging lien in favor of The Berkman Law Office, LLC and the Law Office of Nitsana Darshan-Leitner.

Dated:   Brooklyn, New York
            August 20, 2019

                                             Respectfully submitted,

                                             THE BERKMAN LAW OFFICE, LLC
                                             *Attorneys for the Plaintiffs*

                                             by:  _____
                                                   Robert J. Tolchin

                                             111 Livingston Street, Suite 1928
                                             Brooklyn, New York 11201
                                             718-855-3627

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via United States First Class Mail to the following:

| | |
|---|---|
| Marvin T. Wilson<br>2287 North Preston Road<br>Celina, Texas 75009 | Renetta T. Wilson<br>2287 North Preston Road<br>Celina, Texas 75009 |
| Barry T. Key<br>3534 Deeds Road<br>Houston, Texas 77084 | Gina R. Wilson<br>1300 North Custer Road, #3305<br>Allen, Texas 75013 |
| Bradley G. Key<br>4053 FM 2207<br>Gladewater, Texas 75647 | Kimi L. Wilson-Johns<br>614 County Road 4446<br>Whitewright, Texas 75491 |
| Mary Nell Lee<br>3413 Greens Mill Road<br>Spring Hill, Tennessee 37174 | Amanda B. Lippelt<br>480 White Oak Trail<br>Spring Hill, Tennessee 37174 |
| Michelle L. Schelles<br>387 Shaw Road<br>Shelbyville, Tennessee 37160 | Daniel K. Wyatt<br>134 Chippendale Drive<br>Hendersonville, Tennessee 37075 |

Dated:   Brooklyn, New York
           August 20, 2019

                                                Robert J. Tolchin