Gmail by Google

Robert Tolchin <rtolchin@berkmanlaw.com>

## Judgment enforcement against Syria

1 message

**Robert Tolchin** <rtolchin@berkmanlaw.com> Fri, Dec 21, 2018 at 8:39 AM
To: Marv Wilson <mtwmail@mytocn.com>
Cc: Nitsana Darshan-Leitner <nitsanaleitner@gmail.com>, Leitner <darshanleitner@gmail.com>

Marv,

Nitsana has forwarded your email to me and asked that I respond.

If you have a law firm that has a concrete approach to enforcing your judgment, we would certainly be willing to work with them. Please have this law firm get in contact with me, or provide me their contact information and I will reach out to them. You are correct: there is no reason we would not want to do this. It is premature to discuss this law firm's fees. The time to discuss that is after we hear what ideas they have and decide whether we think it is a viable plan.

Please note, though, that the factual assumption you make in your email that "Syria is a functional sovereign nation with over 60 billion in exports" is simply not true. Syria has been mired in a disastrous civil war that has decimated its economy, destroyed its country, run up massive debts, and caused hyperinflation. Just look on Wikipedia under "Syrian Economy" and you'll see that Syria's exports in 2017 were estimated at just $1.7 billion. The government's revenues are just $1.3 billion, and public debt is 60% of GDP. Another website estimates Syria's exports at just $748 million. https://atlas.media.mit.edu/en/profile/country/syr/. Syria is not in any way a functional nation, until recently it has been barely sovereign, and it certainly does not have anything resembling the level of economic activity you mention.

You also refer to enforcement of your judgment in countries that have not honored international sanctions. While there are such countries, they are places like Somalia, Iran, North Korea, Yemen, etc., which are very unlikely to recognize, domesticate, and enforce an American FSIA judgment.

It is also not fair or accurate for you to state that "its been six years without any action." That is simply untrue. Please recall that we attempted to enforce your judgment against the $86 million of telephone company money in Chicago. We took that matter as high as the Supreme Court, battling with two other groups of FSIA judgment creditors who held judgments against Syria. Unfortunately, we did not prevail, but not because we took no action. Similarly we attempted to enforce your judgment by executing against the Syrian top level domain name, .sy. We took that matter up to the D.C. Circuit Court of Appeals. Again, though we did not ultimately prevail, it was not for lack of trying. Indeed, we have been constantly vigilant looking for opportunities to enforce your judgment against Syria and have run down all leads we have found on Syrian assets. As I have explained to you on the telephone, it is the unfortunate reality that as long as the Syrian civil war has sidelined the Syrian economy, there just is not a lot of trade going on with Syria. I told you that once the war ends Syria will want to rejoin the world economy and will have to deal with its judgments.

I look forward to your making the connection with the law firm that believes it has an avenue to enforce your judgment against Syria.I hope they do. Please be sure to put me in contact with them. I am available today if they want to call me.

If you respond to this email, please be sure to include both me and Nitsana.

--Bob

Robert J. Tolchin, Esq.
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**From:** <mtwmail@mytocn.com>
**Date:** 20 December 2018 at 17:20:58 GMT+2
**To:** "Nitsana Leitner" <nitsanaleitner@gmail.com>
**Subject: Contingency Fee Retainer Agreeement**

Reference: Final Judgment against Syria (Wyatt/Wilson)

Hello Nitsana & Avi,

Congratulations, looks like we are going to get an additional payout from the US Victims of State Sponsored Terrorism Fund even though it is much smaller than 2 years ago. We are happy you also all are getting some additional reinbursement for the work you completed in getting the judgment.

We do have a request. The agreement we all signed, prepared by The Berkman Law Office – Bob Tolchin, was an "exclusive right to take all legal steps to enforce this claim against all parties." Since it's been six years without ANY ACTION, we request a modification to the agreement to allow other avenues for collection of the judgment. The agreement documented an earlier agreement we had with you before the Berkman Law firm was involved and retained the contingency agreement of 33.33% for the Berkman Law Office, LLC and the Israeli Law Office of Nitsana Darshan-Leitner.

We have researched another Law Firm located in Washington DC who has had success in collecting International Judgments and believe they can be successful in collecting our judgment. Syria is a functional soveriegn nation with over 60 billion in exports and do have funds located in countries who have not honored international sanctions, including USA, against Syria. Our best option is that you would employ them, however if that is not something you wish to do, we have discussed the option of employing them ourselves. A smaller % of millions collected is far preferred to 100% of nothing! We are requesting also that you consider sharing the cost with us. They charge 10% of the amount collected along with a monthly charge and expenses for their work.

Please expedite your response,

Thank you,

Marvin T. Wilson

2287 N. Preston Rd.

Celina, TX 75009

Cell: USA 972-529-8777