July 12, 2019

***via Certified Mail Return Receipt and Electronic Mail***

Robert Tolchin, Esq.
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Nitsana Darshan-Leitner, Esq.
Shurat Hadin
10 HaTa'as Street
Ramat Gan, 52512, Israel

**Re: Termination of Representation**
***Wyatt et al. v. Syrian Arab Republic***

Mr. Tolchin and Ms. Darshan-Leitner:

Effective immediately, Marvin T. Wilson, Renetta Wilson, the Estate of Marty R. Wilson, Kimi Wilson-Johns, Gina Wilson, Bradley Key, Barry Key, the Estate of Ronald Wyatt, Mary Nell Wyatt Lee, Daniel Wyatt, Amanda Lippelt, and Michelle Schelles (collectively "us" or "we" or "our") terminate all agreements between us and all of you, including the Berkman Law Firm, Shurat Hadin, and any other entities with which you are now, or have been, affiliated.

It is our understanding that you are not presently taking any actions with regard to our case, nor has there been any recent, meaningful work been performed on our behalf. To the extent you have taken any actions with regard to our case, you are hereby directed to stop all work immediately.

Please advise us in writing which lawyers and law firms have our client files and instruct them to forward those files to Mr. Marvin Wilson, 2287 N. Preston Road, Celina, TX 75009. In addition, please provide the following to Mr. Wilson at the above address: (1) all files with respect to any matter filed on our behalf; and (2) a summary of all proceedings either of you or anyone affiliated which either of you have brought on our behalf.

Our decision to terminate our relationship with you is based on many reasons illustrated by these examples. First, there has been no successful collection on our judgments in almost seven years following the finalization of the judgment in December 2012. Second, there has been no meaningful efforts undertaken by you to satisfy our judgment in the last 4 years. Third, we believe we have been misled about the alleged efforts you undertook to locate Syrian assets. For example, we were told by Nitsana that David Strachman was part of your team working to locate assets to collect, however, Mr. Strachman told us that he was never a part of any such efforts. Fourth, you have informed us on multiple occasions, and documented in your last communication with me, that your approach is to simply wait until Syria rejoins the

international community and settles these claims similar to Libya, and nothing further. Fifth, notwithstanding repeated requests, you have refused to communicate to us on any regular updates regarding our case unless we demand it, and then only sparse information has been provided, if at all. Sixth, there has been a pattern of unprofessional and sarcasm-laced communications directed to and at us, which has led to a complete erosion of the attorney-client relationship. Finally, in your last message to Marvin Wilson in December 2018, you stated "we have been constantly vigilant looking for opportunities to enforce your judgment against Syria and have run down all leads we have found on Syrian assets." We all together have lost confidence with your law firm's ability and motivation to enforce our judgment.

We hasten to add that any work you have performed on our case in the past has been well-compensated through payments received from the terrorist victim fund. These payments total $1,695,980.41, which represents 25% percent of the total amount received.

As directed above, please forward our case files at your earliest convenience.

Sincerely,

Marvin T. Wilson

Renetta Wilson

Barry Key

Marvin T. Wilson, as Personal Representative of the Estate of Marty R. Wilson

Gina Wilson

Bradley Key

Kimi Wilson-Johns

Mary Nell Wyatt Lee
rep of Ronald Wyatt est

Mary Nell Wyatt Lee, as Personal Representative of Ronald Wyatt

Mary Nell Wyatt Lee

Amanda Lippelt

Michelle Schelles

Daniel Wyatt