Gmail by Google

Robert Tolchin <rtolchin@berkmanlaw.com>

## Fwd: RE: Wyatt v. Syrian Arab Republic

**Nitsana Darshan-Leitner, Esq.** <nitsanad@zahav.net.il> Fri, Sep 19, 2014 at 8:56 AM
To: Robert Tolchin <rtolchin@berkmanlaw.com>

-------- Original Message --------
**Subject:** RE: Wyatt v. Syrian Arab Republic
**Date:** Sun, 01 Jul 2012 15:55:14 -0500
**From:** Mary Nell Lee <marynell@charter.net>
**To:** Esq. Nitsana Darshan-Leitner <nitsanad@zahav.net.il>

This is to confirm that we have agreed to retain Israeli attorney Nitsana Darshan Leitner to represent us in our litigation against Syria. The legal fee will be a contingent 1/3 of the gross recovery, with nothing due if there is no recovery. We authorize Ms. Leitner to engage Robert J. Tolchin, Esq. and his firm, The Berkman Law Office, LLC, as U.S. counsel, who will be paid by Ms. Leitner out of the 1/3 contingency fee. We will execute a written contingency fee retainer agreement with Ms. Leitner within the next few days, but authorize Mr. Tolchin to appear on our behalf at the hearing on Monday, July 2, 2012 before Judge Lamberth.

Yours truly,

Mary Nell Lee