Gmail by Google

Robert Tolchin <rtolchin@berkmanlaw.com>

## Fwd: RE: Wyatt v. Syrian Arab Republic

1 message

**Nitsana Darshan-Leitner, Esq.** <nitsanad@zahav.net.il> Tue, Aug 6, 2019 at 12:19 AM
To: Robert Tolchin <rtolchin@berkmanlaw.com>

-------- Forwarded Message --------
**Subject:**RE: Wyatt v. Syrian Arab Republic
**Date:**Sun, 01 Jul 2012 15:10:37 -0500
**From:**2wilsons <2wilsons@mytocn.com>
**To:**'Nitsana Darshan-Leitner, Esq.' <nitsanad@zahav.net.il>

Dear Nitsana,

We are Marvin and Renetta Wilson—Marty is our son.

We are in agreement with the terms of representation as outlined below.

We are very anxious to hear about tomorrow's appearance before Judge Lamberth. Please let us know if there is further information you need from us.

Thank you for your assistance.

Sincerely,

Marv and Renetta Wilson

2287 N Preston RD

Celina, TX 75009

972-382-3220 (H)

972-529-8777 (Marv's Cell)

---

**From:** Nitsana Darshan-Leitner, Esq. [mailto:nitsanad@zahav.net.il]
**Sent:** Sunday, July 01, 2012 3:00 PM
**To:** 2wilsons@mytocn.com
**Subject:** Wyatt v. Syrian Arab Republic

Hi Marty and Renetta,
Our phone number: 516-684-9983. This is what we need you to email back.

This is to confirm that we have agreed to retain Israeli attorney Nitsana Darshan Leitner to represent us in our litigation against Syria. The legal fee will be a contingent 1/3 of the gross recovery, with nothing due if there is no recovery. We authorize Ms. Leitner to engage Robert J. Tolchin, Esq. and his firm, The Berkman Law Office, LLC, as U.S. counsel, who will be paid by Ms. Leitner out of the 1/3 contingency fee. We will execute a written contingency fee retainer agreement with Ms. Leitner within the next few days, but authorize Mr. Tolchin to appear on our behalf at the hearing on Monday, July 2, 2012 before Judge Lamberth.

Nitsana