# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

## CONTINGENCY FEE RETAINER AGREEMENT

Client's name: Gina R. Wilson; Michelle Brown; Kimi L. Johns; Barry T. Key; Bradley G. Key; Amanda Lippelt; Marty R. Wilson; Marvin T. Wilson; Renetta Wilson; Daniel Wyatt; Mary Nell Lee

General nature of claim: Terror victim claim and collection of terror victim judgment

The undersigned ("Client") who were injured in a terrorist kidnapping perpetrated by the Kurdish Workers' Party ("PKK") along with the government of Syria, in Turkey in 1991 (the "Kidnapping") hereby retains The Berkman Law Office, LLC and the Israeli Law Office of Nitsana Darshan-Leitner (hereinafter "the Attorneys") to prosecute or adjust a claim for damages arising on or about the date listed above due to the negligence, intentional conduct and/or other conduct of the parties named above and/or other persons or entities whom the Attorneys determine to be legally responsible for the damages suffered by Client in the kidnapping. Client gives the Attorneys the exclusive right to take all legal steps to enforce this claim against all parties.

It is understood that this representation began in 2008 and that the Attorneys have already obtained a judgment on the Clients' behalf and have engaged in efforts to enforce that judgment. This retainer agreement is intended to clarify the terms of the retention.

In consideration of the services rendered and to be rendered by Attorney, Client hereby agrees to pay Attorney, assigns to Attorney, and authorizes the Attorneys to retain out of any moneys that may come into Attorney's hand by reason of the above claim, including by any claims tribunal or government compensation, a fee of one-third (33.33%) of the sum recovered ("Fee") plus any applicable value added tax. In the event any law or regulation mandates a lower Fee, the provisions of such law or regulation will supersede this agreement with respect to any recovery governed by such law or regulation.

In addition, in the event that the Attorneys are required to hire additional counsel to assist in any collection proceeding, if the Attorneys themselves lack expertise needed to pursue a specific asset, the Client hereby agrees to pay, assigns to the Attorneys, and authorizes the Attorneys to retain out of any moneys that may come into Attorney's hand from the specific asset collection by reason of the above claim an additional fee for collection of any judgment rendered herein, of up to ten percent (10%) of the sum recovered by such collection proceedings ("Collection Fee"). This arrangement is for specific asset collection processes and is to be negotiated by Attorneys to minimize the Collection Fee. This additional Collection Fee shall be applied to cover the fees of any additional counsel, local counsel, specialty counsel, lobbyists, or any other legal

professionals whose services are necessary to collect specific assets from the judgment rendered herein. The Collection Fee will be deducted from the gross recovery before calculation of the Fee of Attorneys, which shall be calculated on the net remaining after deducting any Collection Fee.

Additionally, any fees to which Clients' former counsel, David Strachman, Esq., or his firm, may be entitled shall be paid by the Attorney out of the Fee, and in no way shall reduce the recovery of the Client.

Any sales tax or value added tax due on the legal fees described above shall be paid by the Client.

These percentages shall be computed on the gross recovery.

The following example illustrates how the fees would be calculated:

Assume we recover $10,000,000, and assume we retained one specialist counsel at a fee of 5%.The fee calculation would be as follows:

| | |
|---|---|
| Gross recovery: | $10,000,000 |
| Fee of Specialist Counsel ("Collection Fee") | ($500,000) |
| Net recovery: | $9,500,000 |
| Attorney Fee (Berkman/Leitner/Strachman) (33.33%): | $(3,166,666) |
| Net to clients: | $6,333,333 |

Any expenses or disbursements of the Attorneys advanced by the Attorneys for the prosecution of this case, including any funds advanced by the Attorneys or the Shurat HaDin-Israel Law Center, including fees charged by expert witnesses, physicians and/or investigators, the costs of postage, duplication, telephone, travel, medical records, service of process, court reporters, filing fees, file archiving fees, and the costs of any other services properly chargeable to the enforcement of the claim or prosecution of the action, shall be reimbursed from any recovery herein. The Attorneys may, but are not required to, advance the expenses of prosecuting this claim, on the account of Client. In computing the Attorneys' fee, any award of costs, interest, or attorney's fees which has been collected shall be deemed part of the amount recovered.

This contingency Fee represents the Attorneys' fees for handling this claim and any litigation necessary to enforce this claim.

In the event of Client's death, this contingency fee retainer agreement shall survive and be binding on Client's heirs, distributees, successors in interest and administrator or executor, as well as the public administrator.

Client acknowledges that the Attorneys have provided Client with a copy of the Statement of Client's Rights.

Dated: December 21 , 2015

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

ROBERT J. TOLCHIN

**THE BERKMAN LAW OFFICE, LLC**
**111 Livingston Street, Suite 1928**
**Brooklyn, New York 11201**

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

| | |
|---|---|
| ________________________ | ________________________ |
| Gina R. Wilson | Michelle Wyatt Schelles |
| ________________________ | ________________________ |
| Kimi L. Johns | Barry T. Key |
| ________________________ | ________________________ |
| Bradley G. Key | Amanda Lippelt |
| ________________________ | [signature] 12/21/2015 |
| Marty R. Wilson | Marvin T. Wilson |
| Renetta Wilson 12/21/15 | ________________________ |
| Renetta Wilson | Daniel Wyatt |
| ________________________ | |
| Mary Nell Lee | |

______________________________
Gina R. Wilson

______________________________
Michelle Wyatt Schelles

______________________________
Kimi L. Johns

______________________________
Barry T. Key

______________________________
Bradley G. Key

______________________________
Amanda Lippelt

______________________________
Marty R. Wilson

______________________________
Marvin T. Wilson

______________________________
Renetta Wilson

______________________________
Daniel Wyatt

Mary Nell Lee
______________________________
Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee

Gina R. Wilson

Michelle Wyatt Schelles

Kimi Lynn WilsonJohns

Kimi L. Johns

Barry T. Key

Bradley G. Key

Amanda Lippelt

Marty R. Wilson

Marvin T. Wilson

Renetta Wilson

Daniel Wyatt

Mary Nell Lee