**U.S. Department of Justice**
U.S. Victims of State Sponsored Terrorism Fund

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 303

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 303 filed for claimant Marvin T. Wilson.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 302

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 302 filed for claimant Renetta T. Wilson.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 300

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 300 filed for claimant Gina R. Wilson.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 307

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 307 filed for claimant Kimi L. Wilson-Johns.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 304

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 304 filed for claimant Barry T. Key.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

July 30, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 306

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 306 filed for claimant Bradley G. Key.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

August 13, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 317

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 317 filed for claimant Mary N. Lee.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

August 13, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 316

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 316 filed for claimant Ronald E. Wyatt.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund

**U.S. Department of Justice**
**U.S. Victims of State Sponsored Terrorism Fund**

P.O. Box 10299
Dublin, OH 43017-5899

August 13, 2019

**VIA FIRST CLASS MAIL**

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, NY 11201

Claim No: 308

Dear Robert J. Tolchin:

Our records indicate that you were listed as the attorney for claim number 308 filed for claimant Michelle L. Schelles.

This letter is a courtesy notification to advise you that the claimant informed the U.S. Victims of State Sponsored Terrorism ("USVSST Fund") that you are no longer the claimant's counsel of record. Accordingly, the USVSST Fund may not communicate with you further regarding this claim.

Please email the USVSST Fund at info@usvsst.com or call the toll-free helpline at (855) 720-6966 with any questions. If you are calling from outside the United States, you may call +1 (614) 553-1013.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund