Gmail by Google

Robert Tolchin <rtolchin@berkmanlaw.com>

## Question re change of counsel

**Lee, Jane (CRM)** <Jane.Lee3@usdoj.gov>  Mon, Aug 5, 2019 at 12:13 PM
To: Robert Tolchin <rtolchin@berkmanlaw.com>
Cc: "Feil, Jacqueline (CRM)" <Jacqueline.Feil2@usdoj.gov>

Hi Bob,

After the USVSST Fund receives communication terminating counsel, the USVSST Fund sends a courtesy notification to the former counsel. The USVSST Fund does not provide the former counsel with copies of terminating letters.

The Fund's governing statute states that the "Special Master shall order payment from the Fund for each eligible claim of a United States person to that person…" 34 U.S.C. §20144(d)(1) (emphasis added). An eligible clamant may designate his or her current attorney's client trust account. *See* FAQ 4.17. The Fund does not and cannot direct payment to any assignees. The Fund and the Special Master can only direct payment to a claimant, current counsel, or if deceased, to a personal representative.

Thank you,

Jane

**From:** Robert Tolchin [mailto:rtolchin@berkmanlaw.com]
**Sent:** Monday, August 5, 2019 11:48 AM
**To:** Lee, Jane (CRM) <Jane.Lee@CRM.USDOJ.GOV>
**Cc:** Feil, Jacqueline (CRM) <Jacqueline.Feil@CRM.USDOJ.GOV>
**Subject:** Re: Question re change of counsel

I understand that, but I am referring to the letters that terminated us. Surely those are in a different category from communications going forward.

Also, in connection with our conversation, I have reviwed the retainer agreements that are on file with you and note that they each say that the claimant assigns to us the fee portion any recovery.

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928

Brooklyn, New York 11201

718-855-3627

On Mon, Aug 5, 2019 at 11:43 AM Lee, Jane (CRM) <Jane.Lee3@usdoj.gov> wrote:

> Hi Bob,
>
> As stated in the USVSST Fund's letter, the USVSST Fund cannot communicate with you regarding this claim, this includes forwarding any communications received by claimants.
>
> Thank you,
>
> Jane
>
> **From:** Robert Tolchin [mailto:rtolchin@berkmanlaw.com]
> **Sent:** Monday, August 5, 2019 11:36 AM
> **To:** Lee, Jane (CRM) <Jane.Lee@CRM.USDOJ.GOV>
> **Subject:** Re: Question re change of counsel
>
> Jane,
>
> I should have asked you when we spoke: Can you please forward to me the letters you received from the Wyatt and Wilson families?
>
> Robert J. Tolchin, Esq.
>
> THE BERKMAN LAW OFFICE, LLC
>
> 111 Livingston Street, Suite 1928
>
> Brooklyn, New York 11201
>
> 718-855-3627
>
> On Mon, Aug 5, 2019 at 11:05 AM Lee, Jane (CRM) <Jane.Lee3@usdoj.gov> wrote:
>
>> Bob,

Deborah Connor is the Interim Special Master.

Please refer to frequently asked questions 4.18 to 4.21 regarding attorneys' fees.

I will call you shortly to discuss further.

Thank you,

***Jane K Lee***

Attorney Advisor

U.S. Victims of State Sponsored Terrorism Fund

Money Laundering & Asset Recovery Section

U.S. Department of Justice

1400 New York Avenue, NW

Washington, DC 20005

202-305-4232 (Direct)

202-603-9742 (Cell)

jane.lee3@usdoj.gov

**From:** Robert Tolchin [mailto:rtolchin@berkmanlaw.com]
**Sent:** Monday, August 5, 2019 11:01 AM
**To:** Ken Feinberg <KFeinberg@feinberglawoffices.com>
**Cc:** Lee, Jane (CRM) <Jane.Lee@CRM.USDOJ.GOV>
**Subject:** Re: Question re change of counsel

Ken,

I did not realize you had departed from the USVSST Fund.

Sorry to see you go. Who took your place?

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928

Brooklyn, New York 11201

718-855-3627

On Mon, Aug 5, 2019 at 10:59 AM Ken Feinberg <KFeinberg@feinberglawoffices.com> wrote:

Robert,

I received your email but, as you know, I departed from the USVSST Fund a few months ago. But I note that Jan Lee is on your email and she is the critical person going forward.

Thanks.

Ken

**From:** Robert Tolchin [mailto:rtolchin@berkmanlaw.com]
**Sent:** Monday, August 05, 2019 10:58 AM
**To:** Lee, Jane (CRM) (Jane.Lee3@usdoj.gov); Feinberg, Kenneth (CRM) (Kenneth.Feinberg@usdoj.gov); Ken Feinberg
**Subject:** Question re change of counsel

Good morning.

We received correspondence from your office saying that our clients, the Wilson family (claims 300, 302, 303, 304, 306, and 307) have written to you saying that we are no longer representing them and that therefore you will not communicate about their claim with us any further.

We got the judgment for them and submitted their claim to the USVSST Fund and the first two payments over the past 3 years were paid through our office. We are obviously concerned about making sure that we receive our contingency fees on future distributions which we are entitled to. We are concerned that if their payment is not made through our escrow account, or unless other suitable arrangements are made, our fees will not be paid.

Please advise how you handle these situations. I am sure this is not the first time this has happened so I assume you have a procedure. Please advise.

Also, please note that in the process of being terminated we have been advised Marty Wilson (claim 301) passed away on April 9, 2019. We have told the Wilsons that his claim needs to be updated but they have not responded to that advice. Oddly, we did not receive a letter from you about this claim like the one we received about the other Wilson claims.

Thank you.

Robert J. Tolchin, Esq.

THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928

Brooklyn, New York 11201

718-855-3627