## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------- X

MARY NELL WYATT, *et al.*,

                Plaintiffs,              Docket No: 08-cv-502 (RCL)

      -against-

SYRIAN ARAB REPUBLIC, *et al.*,

                Defendants.

------------------------------------------------------------------- X

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, as follows:

1. Within 24 hours of the full execution of this Stipulation, Plaintiffs and their counsel at Stein Mitchell Beato & Missner LLP ("Stein Mitchell") will complete the steps identified in Section 1, Scenario B of the United States Victims of State Sponsors of Terrorism Fund ("USVSST Fund") form "Instructions for Changing or Removing the Attorney(s) listed on an Application Form: Payment Instructions Form-Change or Dismissal of Attorney" (OMB No. 1123-0013)    (http://www.usvsst.com/docs/Attorney_Change_or_Removal_Form_12.12.16_ fillable.pdf). The submission by Plaintiffs and Stein Mitchell will notify the USVSST Fund that any future distribution of funds allocated to Plaintiffs shall be directed to Stein Mitchell's trust account.

2. Upon receipt of a distribution from the USVSST Fund in this case, Stein Mitchell shall inform The Berkman Law Office, LLC and Nitsana Darshan-Leitner (collectively, "Withdrawing Counsel") and McIntyre Tate LLP via electronic mail within three (3) business days of the receipt of any such distribution, the amount distributed to Plaintiffs, and the amount

held in Stein Mitchell's trust account. From the moneys received by Stein Mitchell, (a) 75 percent shall be allocated and distributed to Plaintiffs, and (b) 25 percent of such moneys shall be retained in the Stein Mitchell trust account.

3.      Paragraphs 1 and 2, above, shall remain in effect until the disputed claim of Withdrawing Counsel to a percentage of all future USVSST Fund payments is finally resolved. Final resolution shall be defined as the Court's issuance of an order disposing of the pending motion (Dkt. 122), and the resolution of any timely appeal.  Upon such final resolution, the parties shall abide by the Court's order.

4.      By authorizing the USVSST Fund to deposit all payments into Stein Mitchell's trust account and agreeing to this Stipulation pending the final resolution of the Withdrawing Counsel's motion (Dkt. 122), Plaintiffs do not concede that Withdrawing Counsel, McIntyre Tate LLP, or any other attorney or third party is entitled to any future distribution from the USVSST Fund or any part of a future collection recovery, and Plaintiffs expressly reserve all rights and arguments against any claim by Withdrawing Counsel, McIntyre Tate LLP, or any other attorney or third party. This stipulation shall also not be construed to confer on Stein Mitchell any entitlement to a share of distributions received from the USVSST Fund.

5.      Plaintiffs and Stein Mitchell shall promptly provide Withdrawing Counsel and McIntyre Tate LLP with copies of the following documents:

a.      a copy of the documents submitted to the USVSST Fund pursuant to Paragraph 1;

b.      the award letter Plaintiffs receive from the USVSST Fund when the USVSST Fund announces the 2020 distributions, if any; and

c.      a verification from Stein Mitchell of the amount being held in its trust account in accordance with Paragraph 2.

6.      Withdrawing Counsel represent that neither McIntyre Tate LLP nor David J. Strachman, Esq. assert any claim against Plaintiffs for fees or expenses in this case or as it relates to the USVSST Fund distribution as stated in a Declaration to be filed with the Court.  Plaintiffs have relied upon this representation in agreeing to this Stipulation.

7.      This Stipulation may be executed in counterparts, and a facsimile signature shall be deemed effective as an original.

8.      All counsel executing this stipulation represent that they have authority from their client(s) to execute it and bind their respective clients to the terms of this stipulation.

Dated:    September 19, 2019 .

STEIN MITCHELL BEATO & MISSNER
LLP
*Attorneys for Plaintiffs*

By: _____

    Andrew M. Beato, Esq.

901 15th Street, NW, Suite 700
Washington, DC 20005
202-737-7777

THE BERKMAN LAW OFFICE, LLC
*Withdrawing attorneys for plaintiffs*

By: _____

    Robert J. Tolchin, Esq.

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

SO ORDERED:

_____    10/31/19

U.S.D.J.                                    Date