UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY NELL WYATT, et al., )
      Plaintiffs, )
)
v. ) No. 1:08-cv-502-RCL
)
SYRIAN ARAB REPUBLIC, )
      Defendant. )

## JUDGMENT

The Court hereby enters judgment in favor of plaintiffs' counsel and **DECLARES** that plaintiffs' counsel The Berkman Law Office, LLC and the Law Office of Nitsana Darshan-Leitner are entitled to receive their legal fees in this matter which has already proceeded to judgment, in the amount of 25% of any future recovery by the plaintiffs from the United States Victims of State Sponsored Terrorism Fund.

SIGNED this ___4th___ day of November, 2019.

_____
Royce C. Lamberth
United States District Judge